STATE of Missouri, Respondent,

v.

John METHFESSEL, Appellant.

No. WD 42422.

Missouri Court of Appeals, Western District.

May 15, 1990.

Rosalynn Koch, Columbia, for appellant.

William L. Webster, Atty. Gen., Jared R. Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM:

Appellant was convicted of attempt to escape from confinement, Section 575.210, RSMo 1986 and sentenced per a jury verdict as a prior and persistent offender to five years imprisonment.

Judgment affirmed. Rule 30.25(b).